**Order entered October 28, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01116-CV**

**IN RE LAVACE DURELL MORGAN, Relator**

**Original Proceeding from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 21838**

**ORDER**

Before Chief Justice Burns, Justice Partida-Kipness, and Justice Smith

Based on the Court's opinion of today's date, we **DISMISS** relator's petition for want of jurisdiction to the extent the petition seeks relief against the Hunt County District Clerk or Hunt County Chief Deputy. We **DENY** relator's petition to the extent the petition seeks a writ of mandamus against the trial court.

/s/    ROBERT D. BURNS, III
         CHIEF JUSTICE